# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:01-cr-00129-GCM-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| MARK MOORE, | |
| Defendant. | |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Mark Moore filed a Motion for a Reduced Sentence (ECF No. 55). The Court denied the motion without briefing from the government. *See* ECF No. 61. The United States Court of Appeals vacated and remanded. *See* ECF No. 70. The Court now instructs the government to respond to the Motion within thirty (30) days of the entry of this Order.

**SO ORDERED**.

Signed: May 23, 2022

Graham C. Mullen
United States District Judge