# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CRIMINAL ACTION NO. 3:01-cr-00129-GCM-DCK

| | |
|---|---|
| **USA** | |
| **v.** | **ORDER** |
| **MARK MOORE,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on its own motion. Defendant Mark Moore filed a Motion for Compassionate Release (ECF No. 78). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: October 3, 2022

Graham C. Mullen
United States District Judge